**WX15-90044-H**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/7/2015 4:15:44 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| EX PARTE | ) | IN THE CRIMINAL |
| | ) | |
| JOO LEE | ) | DISTRICT COURT No. 1 |
| | ) | |
| | ) | DALLAS COUNTY, TEXAS |
| _____ | ) | |

## NOTICE OF APPEAL

Defendant, Joo Lee, hereby files his Notice of Appeal to the Fifth Court of Appeals from the denial of his Pretrial Writ of Habeas Corpus claiming this prosecution violates the proscription against Double Jeopardy under the Texas and U.S. Constitution on or about November 11, 2015.

Respectfully submitted,

Franklyn Mickelsen
Tx. Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, TX 75204
(214) 720-9552
(214) 720-9594 (facsimile)

Attorney for Defendant
Joo Lee

FILED
15 NOV 13 PM 4:44
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

## CERTIFICATE OF SERVICE

I, Franklyn Mickelsen, do hereby certify that, on this 12th day of November, I caused a copy of the foregoing document to be served on the Dallas County District Attorney's Office, 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207, by first-class mail, postage pre-paid.

Franklyn Mickelsen

887/404

Writ Nos. WX15-90043-H, WX15-90044-H and WX15-90045-H

**FILED**
**15 NOV 11 PM 3:08**

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
BY_____DEPUTY

| | | |
|---|---|---|
| EX PARTE | § | IN THE CRIMINAL |
| | § | DISTRICT COURT |
| JOO LEE | § | DALLAS COUNTY, TEXAS |

## ORDER

The Defendant, Joo Lee, has filed pretrial applications for writ of habeas corpus in each of the foregoing causes.

The Court has reviewed the applications and finds that there is insufficient cause to issue the writs or to address the merits of the claims.

IT IS THEREFORE ORDERED that the petitions for a writ of habeas corpus are hereby **DENIED**.

SIGNED this the ___11th___ day of November, 2015.

_____
JUDGE ROBERT BURNS
THE CRIMINAL DISTRICT COURT
DALLAS COUNTY, TEXAS